# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

FREDDIE LEE COOK                       CIVIL ACTION NO. 15-0436
       LA. DOC #247356

VERSUS                                JUDGE ROBERT G. JAMES

WARDEN BURL CAIN                MAGISTRATE JUDGE HAYES

## <u>JUDGMENT</u>

The Report and Recommendation of the Magistrate Judge having been considered,
together with the written objections thereto filed with this Court, and, after a *de novo* review of
the record, finding that the Magistrate Judge's Report and Recommendation is correct and that
judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition
for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, [Doc. No. 1], is hereby **DENIED and
DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 27th day of August, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE